**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**SHIELDS PETITTI, PLC**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail:  mjp@shieldspetitti.com**
**E-Mail:  pcp@shieldspetitti.com**

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Braughton,<br><br>                    Plaintiff,<br><br>         v.<br><br>City of Goodyear,<br><br>                    Defendant. | Case 2:20-cv-02197-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff Alison Braughton, by her undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses her claims against Defendant City of Goodyear, which has not filed an Answer or a Motion for Summary Judgment in the action, without prejudice.

DATED this 18th day of November, 2020.

                      SHIELDS PETITTI, PLC

                      By /s/ Michael J. Petitti, Jr.
                      Michael J. Petitti, Jr.
                      Paige C. Pataky
                      5090 N. 40th Street, Suite 207
                      Phoenix, Arizona 85018
                      Attorneys for Plaintiff

1184465.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Harnack
Lisa Harnack

1184465.1